| | | |
|---|---|---|
| **CANDICE RANA SULFRIDGE** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:05-CV-188 |
| | ) | (Phillips/Guyton) |
| **JOHN HUFF, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

___

| | | |
|---|---|---|
| **ADAM TRAVIS DAVIS** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:05-CV-191 |
| | ) | (Varlan/Guyton) |
| **JOHN HUFF, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

___

| | | |
|---|---|---|
| **CANDICE RANA SULFRIDGE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | No. 3:05-CV-202 |
| v. | ) | (Phillips/Guyton) |
| | ) | |
| **JOHN HUFF, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

___

| | |
|---|---|
| **ADAM TRAVIS DAVIS,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | )   No. 3:05-CV-203 |
| | )   (Varlan/Guyton) |
| **JOHN HUFF, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

## MEMORANDUM AND ORDER

This matter is before the undersigned pursuant to 28 U.S.C. § 636(b), the Rules of this Court, and by Order [Doc. 37] of the Honorable Thomas W. Phillips, United States District Judge, for disposition of the Defendant's Motion to Consolidate [Doc. 28].

The Defendant moves to have the case of <u>Candice Rana Sulfridge v. John Huff, et al.</u>, Docket No. 3:05-CV-188, consolidated with several related actions. The first related case is captioned <u>Candice Rana Sulfridge v. John Huff, et al.</u>,[1] Docket No. 3:05-CV-202. The Defendant further petitions this Court to consolidate the cases of <u>Adam Travis Davis v. John Huff, et al.</u>,[2] Docket No. 3:05-CV-191, and <u>Adam Travis Davis v. John Huff, et al.</u>,[3] Docket No. 3:05-CV-203, with the above-styled case.

The above-cited cases raise the same claims and involve the same facts. In the interests of judicial economy, the Court finds this motion [Doc. 28] well-taken, and it is **GRANTED**. Accordingly, pursuant to Fed. R. Civ. P. 42(a), these four actions should be consolidated. Case No. 3:05-CV-188 shall be designated as the lead case. The Clerk is

---

[1] This case was originally filed in state court and removed to this Court on April 14, 2005.

[2] This case was filed in this Court on April 8, 2005.

[3] This case was also originally filed in state court and removed to this Court on April 14, 2005.

**DIRECTED** to administer the following four cases, No. 3:05-CV-188, No. 3:05-CV-191, No. 3:05-CV-202, and No. 3:05-CV-203, as consolidated for all future proceedings. All dates and deadlines previously set by the Court for case No. 3:05-CV-188 shall also be effective for case No. 3:05-CV-191, case No. 3:05-CV-202, and case No. 3:05-CV-203.

The Clerk is **DIRECTED** to provide notice of this Memorandum and Order to the Honorable R. Allan Edgar, Chief Judge of the United States District Court for the Eastern District of Tennessee, in order that he may reassign case No. 3:05-CV-191 and case No. 3:05-CV-203 to the Honorable Thomas W. Phillips, the judge having the related case earliest filed, pursuant to E.D. TN. LR 3.2(d).

**IT IS SO ORDERED.**

                                         **ENTER**:

                                                 s/ H. Bruce Guyton
                                        United States Magistrate Judge