UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

CANDICE R. SULFRIDGE, )
)
        Plaintiff, )
)
v. ) No. 3:05-CV-188
) (Phillips/Guyton)
JOHN HUFF, et al., )
)
        Defendants. )

**MEMORANDUM AND ORDER**

        This matter is before the undersigned pursuant to 28 U.S.C. § 636(b), the Rules of

this Court, and by Order [Doc. 118] of the Honorable Thomas W. Phillips, United States District

Judge, for disposition of the defendant Randy Hinton's Motion to Compel [Doc. 116].

        The defendant moves the Court for an Order compelling the plaintiff to respond to

the First Set of Interrogatories and Request for Production of Documents propounded to the plaintiff

on November 21, 2005. [Doc. 116].

        The plaintiff failed to file a response to the defendant's motion within the time period

required by E.D.TN. LR 7.1(a). "Failure to respond to a motion may be deemed a waiver of any

opposition to the relief sought." E.D.TN. LR 7.2. Accordingly, for good cause shown, the

defendant's Motion to Compel [Doc. 116] is **GRANTED**. The plaintiff is **DIRECTED** to serve

responses to defendant Hinton's First Set of Interrogatories and Request for Production of

Documents within twenty (20) days of the entry of this Order.

The plaintiff is hereby put on notice that failure to cooperate in discovery and to follow the Orders of this Court may result in monetary sanctions and possibly the dismissal of this lawsuit. <u>See</u> Fed. R. Civ. P. 37(b)(2)(C).

**IT IS SO ORDERED.**

**ENTER:**

s/ H. Bruce Guyton
United States Magistrate Judge