UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CANDICE RANA SULFRIDGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:05-CV-188 and 191 |
| ) | (Phillips/Guyton) |
| JOHN HUFF, *et al.*, ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| ADAM TRAVIS DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JOHN HUFF, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter came before the undersigned on June 13, 2007, for a conference call regarding discovery issues, particularly, the plaintiffs' desire to take depositions on June 14 and 15, 2007. Attorneys Herb Moncier, Robert Watson, and Mary Ann Stackhouse participated in the call. The Court took the matters raised under consideration.

The Court finds that its Order of May 3, 2007 [Doc. 178] stayed **all** discovery in this case, including any depositions sought to be taken by the plaintiffs, pending the District Court's ruling on the motion based on a defense of qualified immunity, unless the discovery sought to be taken is shown to be limited discovery specifically tailored to the issue of qualified immunity. No such discovery showing has been made.

Accordingly, **all** discovery in this case is **STAYED**. [Doc. 178]. The District Court will rule on the qualified immunity issue, and, at that time, also schedule a status conference of all parties to address discovery needs and scheduling. At that status conference, the plaintiffs will be given a reasonable extension of time to respond to pending motions for summary judgment, if needed. The District Court's trial date of March 10, 2008, remains in place at this time.

**IT IS SO ORDERED.**

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge