IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| CANDICE RANA SULFRIDGE, | ) | |
| Plaintiff | ) | |
| v. | ) | No. 3:05-cv-188 (Phillips/Guyton) |
| JOHN HUFF, LARRY G. MOORE, JANETTE HARRIS, TIMOTHY HUTCHISON, JOHN DOE I, JOHN DOE II, JOHN DOE III, JOHN DOE, IV, KNOX COUNTY, TENNESSEE, RANDY HINTON, and CHESTNUT STREET GARAGE, INC., | ) ) ) ) ) | |
| Defendants | ) | |

and

| | | |
|---|---|---|
| ADAM TRAVIS DAVIS, | ) | |
| Plaintiff | ) | |
| v. | ) | No. 3:05-cv-202 (Phillips/Guyton) |
| JOHN HUFF, TIMOTHY HUTCHISON, JOHN DOE DEPUTY SHERIFFS, and KNOX COUNTY, TENNESSEE, | ) ) ) | |
| Defendants | ) | |

# **O R D E R**

For the reasons set forth in the Memorandum Opinion this day passed to the Clerk for filing, it is hereby ORDERED that Knox County's motions for summary judgment [Court Files #147, #150] are DENIED;  defendant Janette Harris' motion for summary judgment [Court File #148] is GRANTED;  defendant Larry Moore's motion for summary judgment [Court File #149] is GRANTED;  defendant John Huff's motion for summary judgment [Court File #153] is DENIED;  Sheriff Tim Hutchison's motion for protective order [Court File #189] is GRANTED;  plaintiffs' renewed motion for additional time to respond to defendants' summary judgment motions [Court File #196] is GRANTED;  and plaintiffs' motion to amend complaints [Court File #205] is GRANTED.

**E N T E R :**

                                                  *s/ Thomas W. Phillips*
                                      UNITED STATES DISTRICT JUDGE