**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | |
|---|---|
| **CANDICE R. SULFRIDGE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:05-cv-188 |
| ) | (Phillips/Guyton) |
| **JOHN HUFF**, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On August 29, 2008, this court granted David Wigler's motion to withdraw as counsel for plaintiffs [Doc. 217]. In so doing, the court gave plaintiffs (the above-named plaintiff and the plaintiff in consolidated action 3:05-cv-191, Adam T. Davis) each thirty days to obtain new counsel or otherwise notify the court that they had elected to proceed *pro se*. The court forewarned the plaintiffs that failure to comply with this order could result in dismissal of the action.

As of the date of this order, plaintiffs have not responded to the court's order. Accordingly, as plaintiffs have shown no desire to prosecute this action, it is hereby **DISMISSED**.

The clerk is directed to provide a copy of this order to counsel for all parties of record and to plaintiffs individually.

**IT IS SO ORDERED**.

**ENTER:**

　　　　s/ Thomas W. Phillips　　　　
United States District Judge