# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| CANDICE R. SULFRIDGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:05-cv-188 |
| ) | (Phillips) |
| JOHN HUFF, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT ON DECISION BY THE COURT

The Honorable Thomas W. Phillips, United States District Judge, having found that plaintiffs have abandoned their case and demonstrated a failure to prosecute,

**IT IS ORDERED AND ADJUDGED** that all claims against the defendants are **DISMISSED**.

**IT IS SO ORDERED**.

**ENTER:**

                         s/ Patricia L. McNutt
                         Clerk of Court